IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02053-MEH

DANIEL LOTT,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed December 4, 2015; docket #23]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 7th day of December, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge